LORENZO MATRUSCIELLO, Appellant, *v.* MILLIKEN BROTHERS, INCORPORATED, Respondent.

*Matrusciello* v. *Milliken Brothers, Inc.*, 141 App. Div. 769, affirmed.

(Argued January 14, 1913; decided January 28, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 12, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Thomas J. O'Neill* and *L. F. Fish* for appellant.

*E. Clyde Sherwood* and *Amos H. Stephens* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.

---

HELEN M. PANCOAST, Respondent, *v.* THE TRAVELERS' INSURANCE COMPANY, Appellant.

*Pancoast* v. *Travelers' Ins. Co.*, 146 App. Div. 885, affirmed.

(Argued January 14, 1913; decided January 28, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 7, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover upon policies of accident insurance.

*Clinton B. Gibbs* for appellant.

*George A. Larkin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.